UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| SHAYNE MICHART<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>GEMA, INC. D/B/A/ DUNKIN' DONUTS, et al.<br><br>　　　　　Defendants. | **NOTICE OF SETTLEMENT**<br><br>1:21-cv-02151-SAG |

　　　　This is to notify the Court that the parties have resolved the matters raised in this action, and that, pending final arrangements among the parties, Plaintiff plans to discontinue this action. Plaintiff respectfully requests that the time for Defendants to respond to the Complaint in this matter, currently extended to November 11, 2021, be taken off calendar or extended to such time as the Court may deem appropriate to allow for final arrangements among the parties and filing of a Notice of Discontinuance.

Respectfully submitted,

November 9, 2021

LAW OFFICE OF JANET L. EVELAND
BY:＿＿＿/s Janet L. Eveland＿＿＿＿＿
JANET L. EVELAND (07817)
511 East Patapsco Avenue
Baltimore, MD 21225
Tel (410) 772-8980
Fax (410) 772-8988
jeveland@evelandlaw.com

/s/ Jillian T. Weiss
Jillian T. Weiss
LAW OFFICE OF JILLIAN T. WEISS, PC
775 Fourth Avenue, No. 320173
Brooklyn, New York 11232
Telephone: (845) 709-3237
Facsimile: (845) 684-0160
jweiss@jtweisslaw.com

Attorneys for Plaintiff